*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   JAMES I. JACONETTE (179565)
3  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   travisd@csgrr.com
6  jamesj@csgrr.com
   bgoodman@csgrr.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  SUZANNE H. KAPLAN (247067)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   swilliams@csgrr.com
11 shkaplan@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
SANDRA G. SMITH
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
ssmith@sbtklaw.com

12 Co-Lead Counsel for Plaintiffs

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

| | |
|---|---|
| 16  In re ALTERA CORP. DERIVATIVE LITIGATION | Master File No. C-06-03447-JW |
| 17 | NOTICE OF VOLUNTARY DISMISSAL |
| 18  This Document Relates To: | |
| 19       ALL ACTIONS. | |

1   TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE

2        WHEREAS, Plaintiff Michael Nakhimovsky, on May 26, 2006, filed a Shareholder
3   Derivative Complaint in the United States District Court for the Northern District of California,
4   captioned *Nakhimovsky v. Berlan*, No. 5:06-cv-03447-JW (the "*Nakhimovsky* Action");

5        WHEREAS, Plaintiff LA Murphy, on June 1, 2006, filed a Shareholder Derivative
6   Complaint in the United States District Court for the Northern District of California, captioned
7   *Murphy v. Daane*, Case No. 5:06-CV-03520-JW (the "*Murphy* Action");

8        WHEREAS, Plaintiff Wayne County Employees' Retirement System, on July 17, 2006, filed
9   a Shareholder Derivative Complaint in the United States District Court for the Northern District of
10  California, captioned *Wayne County Employees' Retirement System v. Daane*, Case No. CV 06-
11  4352-RMW (the "*Wayne County* Action");

12       WHEREAS, Plaintiff Alaska Electrical Pension Fund, on June 22, 2006, filed a Shareholder
13  Derivative Complaint in the United States District Court for the Northern District of California,
14  captioned *Alaska Electrical Pension Fund v. Daane*, Case No. CV 06-03895-PVT (the "*Alaska
15  Pension* Action");

16       WHEREAS, on August 7, 2006, this Court issued an Order consolidating the *Nakhimovsky*,
17  *Murphy*, *Wayne County* and *Alaska Pension* Actions for all purposes under the caption *In re Altera
18  Corp. Derivative Litig.*, Case No. 5:06-CV-03447-JW;

19       WHEREAS, on October 3, 2006, this Court issued an Order appointing Alaska Electrical
20  Pension Fund, Wayne County Employees' Retirement System, Benjamin Savin, and Michael
21  Nakhimovsky as Co-Lead Plaintiffs;

22       WHEREAS, on November 30, 2006, Lead Plaintiffs filed the Consolidated Verified
23  Shareholders Derivative Complaint;

24       WHEREAS, on May 15, 2008, this Court issued an Order Dismissing Lead Plaintiffs'
25  Consolidated Complaint With Leave to Amend;

26       WHEREAS, on June 16, 2008, Lead Plaintiffs filed the First Amended Consolidated
27  Shareholders Derivative Complaint ("First Amended Consolidated Complaint");

28

1  WHEREAS, on July 15, 2008, Altera Corporation filed a Motion to Dismiss Plaintiffs' First Amended Consolidated Verified Shareholders Derivative Complaint for Lack of Standing;

3  WHEREAS, Lead Plaintiffs, through their counsel of record and pursuant to Fed. R. Civ. P. 23.1 and 41(a), hereby voluntarily dismiss the case of *In re Altera Corp. Derivative Litigation*, Case No. 5:06-CV-03447-JW; and

6  WHEREAS, the parties agree that they will each bear their own fees and costs.

7  NOW, THEREFORE, NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 23.1 and 41(a), Lead Plaintiffs voluntarily dismiss the First Amended Consolidated Complaint without prejudice.

DATED: September 15, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JAMES I. JACONETTE
BENNY C. GOODMAN III

      s/ Benny C. Goodman III
BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SUZANNE H. KAPLAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
SANDRA G. SMITH
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

1  I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL.* In compliance with General Order 45,
2  X.B., I hereby attest that Mark D. Gursky has concurred in this filing.

3  DATED:  September 15, 2008                    MORRISON & FOERSTER LLP
                                                 JORDAN ETH
4                                                CRAIG D. MARTIN
                                                 MARK D. GURSKY
5

6
                                                        s/ Mark D. Gursky
7                                                       MARK D. GURSKY

8                                                425 Market Street
                                                 San Francisco, CA  94105-2482
9                                                Telephone:  415/268-7000
                                                 415/268-7522 (fax)
10
                                                 MORRISON & FOERSTER LLP
11                                               ANNA ERICKSON WHITE
                                                 755 Page Mill Road
12                                               Palo Alto, CA  94304-1018
                                                 Telephone:  650/813-5600
13                                               650/494-0792 (fax)

14                                               Attorneys for Nominal Defendant ALTERA
                                                 CORPORATION
15

16  I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL.* In compliance with General Order 45,
17  X.B., I hereby attest that George H. Brown has concurred in this filing.

18  DATED:  September 15, 2008                    GIBSON DUNN & CRUTCHER LLP
                                                  GEORGE H. BROWN
19

20
                                                        w/ George H. Brown
21                                                      GEORGE H. BROWN

22                                                1881 Page Mill Road
                                                  Palo Alto, CA  94304
23                                                Telephone:  650/849-5339
                                                  650/849-5039 (fax)
24
                                                  Attorneys for NATHAN M. SARKISIAN
25

26

27

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - C-06-03447-JW                - 3 -

1  I, Benny C. Goodman III, am the ECF User whose ID and password are being used to file this *PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL*. In compliance with General Order 45, X.B., I hereby attest that Henry W. Asbill has concurred in this filing.

DATED:  September 15, 2008          DEWEY & LEBOEUF LLP
                                    HENRY W. ASBILL
                                    KERRI L. RUTTENBERG


                                         s/ Henry W. Asbill
                                         HENRY W. ASBILL

                                    1101 New York Avenue, N.W., Suite 1100
                                    Washington, DC  20005
                                    Telephone:  202/986-8000
                                    202/986-8102 (fax)

                                    TODD L. PADNOS
                                    DEWEY & LEBOEUF LLP
                                    One Embarcadero Center, Suite 400
                                    San Francisco, CA  94111-3619
                                    Telephone:  415/951-1100
                                    415/951-1180 (fax)

                                    Attorneys for C. WENDELL BERGERE

   IT IS SO ORDERED.

   This Order terminates Docket Item Nos. 138, 142.  The Clerk shall close this file.

   Dated:  September 18, 2008          _____
                                       JAMES WARE
                                       United States District Judge

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - C-06-03447-JW                    - 4 -